**Alfredo RODRIGUEZ, Petitioner–Appellant,**

**v.**

**Christopher ARTUZ, Superintendent, Green Haven Correctional Facility, Respondent–Appellee.**

No. 98–2252.

United States Court of Appeals, Second Circuit.

Argued Dec. 11, 1998.

Decided Dec. 21, 1998.

Marsha R. Taubenhaus, New York City, for Petitioner–Appellant.

Joseph N. Ferdenzi, Assistant District Attorney, Bronx County (Nancy D. Killian, Assistant District Attorney, of counsel), Bronx, New York, for Respondent–Appellee.

Before: WINTER, Chief Judge, JACOBS, and POOLER, Circuit Judges.

PER CURIAM:

Alfredo Rodriguez appeals from Judge Sotomayor's order dismissing his petition for a writ of habeas corpus as untimely under 28 U.S.C. § 2244(d)(1). Rodriguez contends that application of the one-year statute of limitations in Section 2244 effects an unconstitutional suspension of the writ of habeas corpus. *See* U.S. Const., Art. I, § 9, cl. 2. We affirm for substantially the reasons stated by the district court. *See Rodriguez v. Artuz*, 990 F.Supp. 275 (S.D.N.Y.1998).